# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3630
_____

United States of America

*Plaintiff - Appellee*

v.

Clayton Key Craddock

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: May 7, 2025
Filed: May 12, 2025
[Unpublished]
_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Clayton Key Craddock appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved for leave to withdraw,

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the record shows the court considered the 18 U.S.C. § 3553(a) factors and did not overlook a relevant factor or err in weighing the factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc) (this court considers substantive reasonableness of sentence under abuse-of-discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); <u>United States v. Stults</u>, 575 F.3d 834, 849 (8th Cir. 2009) (where court makes individualized assessment based on facts presented, addressing defendant's proffered information in consideration of § 3553(a) factors, sentence is not unreasonable); <u>see also</u> <u>United States v. St. Claire</u>, 831 F.3d 1039, 1043 (8th Cir. 2016) (within-Guidelines sentence is accorded presumption of substantive reasonableness on appeal). The court has independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and finds no nonfrivolous issues for appeal.

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____